# EXHIBIT 8

Division of Corporations - General Information - Entity Details
Case 1:12-cv-01369-LPS   Document 12-8   Filed 01/04/13   Page 2 of 2 PageID #: 130

Frequently Asked Questions   View Search Results   Summary of Charges   Logout

## Entity Details

| | | | |
|---|---|---|---|
| File Number: | 4750854 | Incorporation Date / Formation Date: | 11/09/2009 (mm/dd/yyyy) |
| Entity Name: | GAMBIT LABS, INC | | |
| Entity Kind: | CORPORATION | Entity Type: | GENERAL |
| Residency: | DOMESTIC | State: | DE |
| Status: | MERGED | Status Date: | 11/17/2011 |

**TAX INFORMATION**

| | | | |
|---|---|---|---|
| Last Annual Report Filed: | 2011 | Tax Due: | $ 0.00 |
| Annual Tax Assessment: | $ 75.00 | Total Authorized Shares: | 1,500 |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | THE COMPANY CORPORATION | | |
| Address: | 2711 CENTERVILLE RD STE 400 | | |
| City: | WILMINGTON | County: | NEW CASTLE |
| State: | DE | Postal Code: | 19808 |
| Phone: | (302)636-5440 | | |

**FILING HISTORY (Last 5 Filings)**

| Seq | Document Code | Description | No. of pages | Filing Date (mm/dd/yyyy) | Filing Time | Effective Date (mm/dd/yyyy) |
|---|---|---|---|---|---|---|
| 1 | 0250N | Merger; Non-Survivor | 1 | 11/17/2011 | 19:45 | 11/17/2011 |
| 2 | 0102S | Incorp Delaware Stock Co. | 1 | 11/09/2009 | 09:27 | 11/09/2009 |

To contact a Delaware Online Agent click here.