# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KICKFLIP, INC., a Delaware corporation, | |
| *Plaintiff*, | C.A. NO. 12-1369-LPS |
| v. | JURY TRIAL DEMANDED |
| FACEBOOK, INC., a Delaware corporation, | |
| *Defendant*. | |

## KICKFLIP, INC.'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(6), Kickflip, Inc. ("Kickflip") respectfully requests that the Court dismiss the Counterclaims of Defendant Facebook, Inc. ("Facebook") with prejudice in its entirety as those claims fail to state a claim upon which relief can be granted. The grounds for this motion are set forth in the Opening Brief submitted herewith.

Dated: November 12, 2013

*Of counsel:*

Brian R. Strange (*pro hac vice*)
Keith L. Butler (*pro hac vice*)
**STRANGE & CARPENTER**
12100 Wilshire Boulevard, Suite 1900
Los Angeles, California 90025
(310) 207-5055
lacounsel@earthlink.net
kbutler@strangeandcarpenter.com

*/s/ Kenneth L. Dorsney*
Kenneth L. Dorsney (#3726)
MORRIS JAMES LLP
500 Delaware Ave., Suite 1500
Wilmington, DE 19801
(302) 888-6800
kdorsney@morrisjames.com

*Attorneys for Kickflip, Inc.*

1

Derek A. Newman (*pro hac vice*)
Derek Linke (*pro hac vice*)
**NEWMAN DU WORS LLP**
1201 Third Avenue, Suite 1600
Seattle, Washington 98101
(206) 274-2800
dn@newmanlaw.com
linke@newmanlaw.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KICKFLIP, INC., a Delaware corporation, *Plaintiff*, v. FACEBOOK, INC., a Delaware corporation, *Defendant*. | **C.A. NO. 12-1369-LPS** **JURY TRIAL DEMANDED** |

## [PROPOSED] ORDER GRANTING KICKFLIP, INC.'S MOTION TO DISMISS

Upon consideration of Kickflip's Motion to Dismiss and Facebook's response, the Court has determined that Kickflip's Motion to Dismiss should be, and hereby is, GRANTED with prejudice.

Dated: _____, 2013

_____
Leonard P. Stark
United States District Judge.