

100 S. West Street, Suite 400 • Wilmington, DE 19801
Telephone 302.576.1600 • Facsimile 302.576.1100
www.ramllp.com

Benjamin J. Schladweiler

Direct Dial:  302.576.1608
bschladweiler@ramllp.com

April 29, 2015

**VIA E-FILING & HAND DELIVERY**
The Honorable Leonard P. Stark
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3556

RE: *Kickflip, Inc. v. Facebook, Inc.*, **C.A. No. 12-1369-LPS**

Dear Chief Judge Stark:

      I write on behalf of Facebook to inform the Court that the parties to the above-captioned litigation met and conferred on Tuesday, April 29, 2015, concerning next steps in the case, in light of the declarations submitted by Kickflip on April 17, 2015.  Facebook has proposed additional discovery into a number of questions raised by the declarations.  This discovery is relevant to, among other things, Facebook's pending motion for summary judgment (D.I. 51). Facebook anticipates engaging in further discussions with Kickflip next week, once Kickflip has had an opportunity to consider its position, with a view to either presenting the Court with a joint proposal or, if no agreement is possible, seeking a ruling pursuant to the Court's procedures for discovery-related disputes.

      Respectfully submitted,

      */s/ Benjamin J. Schladweiler*

      Benjamin J. Schladweiler (#4601)

cc:    Kenneth L. Dorsney, Esq. (by electronic mail)
        Derek A. Newman, Esq. (by electronic mail)
        Thomas O. Barnett, Esq. (by electronic mail)
        Jonathan Gimblett, Esq. (by electronic mail)