

Kenneth L. Dorsney
302.888.6855
kdorsney@morrisjames.com

October 28, 2015

**VIA HAND DELIVERY & EFILING**
**CONFIDENTIAL – DOCUMENTS SUBMITTED FOR *IN CAMERA* REVIEW**

The Honorable Christopher J. Burke
U.S. District Court for the District of Delaware
844 North King Street, Unit 26, Room 2325
Wilmington, DE 19801-3556

**RE:**  *Kickflip, Inc. v. Facebook, Inc.*, **C.A. No. 12-1369 (LPS)**

Dear Magistrate Judge Burke:

      Pursuant to Chief Judge Stark's October 7, 2015 order, Kickflip submits the following seven documents for *in camera* review:

1. KICK 00002816 *et seq.*, Invoice # 20664 reflecting legal services for November 2009;
2. KICK 00002821 *et seq.*, Invoice # 20710 reflecting legal services for December 2009;
3. KICK 00001840 *et seq.*, Invoice # 21291 reflecting legal services for August 2011;
4. KICK 00003860 *et seq.,* Invoice #21358 reflecting legal services for October 2011;
5. KICK 00001952 *et seq.*, Invoice #21415 reflecting legal services for December 2011;
6. KICK 00002044 *et seq.*, Invoice #21517 reflecting legal services for March 2012; and
7. KICK 00002337 *et seq.*, April 2015 Email Chain

The documents are being submitted in both redacted and unredacted form.  For the Court's convenience, Kickflip has highlighted on the unredacted versions the material that was produced to Facebook.  In addition, Kickflip and Facebook both submitted with the Court yesterday background memoranda to assist with the *in camera* review of these documents.

      Respectfully submitted,

      */s/ Kenneth L. Dorsney*

      Kenneth L. Dorsney (I.D. #3726)
      *kdorsney@morrisjames.com*

Enclosures

cc:    All counsel of record (without enclosures)